**CB Capital Investments LLC**
**2451 Schuetz Road**
**Maryland Heights, MO 63043**

January 19, 2022

| | |
|---|---|
| Digital Medical Tech, Inc. | Matt Nicholson |
| 8601 Beverly Blvd. | 8601 Beverly Blvd. |
| Los Angeles, CA 90048 | Los Angeles, CA 90048 |

**Re:   Second Amended and Restated Promissory Note dated March 22, 2021 in the original principal amount of up to $809,961.80 (the "Note") payable to CB Capital Investments LLC ("Payee") by Digital Medical Tech, Inc. and Matt Nicholson (collectively, the "Makers")**

Dear Matt:

As you are aware, the Note matured on December 31, 2021. To date, payment has not been made. As a result, an Event of Default (as defined in the Note) exists.

Payee hereby declares the balance of the Note to be immediately due and payable and demands payment in full of all amounts outstanding under the Note. As of the date hereof, the amount outstanding is as follows:

  Principal balance

  Interest (as of 12/31/2021)

  Default Interest (15% per annum)

  Late Charge (per Section 7)

  Total

  Per Diem Interest Charge


Please contact John Davis to obtain wire transfer instructions for Payee and to arrange for payment.

Carl Bolm, Manager

**EXHIBIT 2**
