

Brian E. Kaveney
Direct **T** 314.259.4757   **F** 314.552.4830
bkaveney@atllp.com

February 25, 2022

**VIA EMAIL; U.S. MAIL; AND OVERNIGHT DELIVERY**

Matt Nicholson
8601 Beverly Blvd.
Los Angeles, CA 90048
matthew.t.nicholson@gmail.com

Re:   Second Amended and Restated Promissory Note dated March 22, 2021 in the original principal amount of up to $809,961.80 payable to CB Capital Investments LLC by Digital Medical Tech, Inc. and Matt Nicholson (the "CB Note")

Dear Mr. Nicholson:

CB Capital Investments LLC ("Payee") has engaged our firm to collect the outstanding balance of the CB Note from you, individually, as a maker of the CB Note.  As a maker of the CB Note, you are responsible for payment in full of the outstanding balance of the CB Note.

As Payee previously notified you, (a) the CB Note matured on December 31, 2021, (b) an Event of Default (as defined in the CB Note) has occurred and is currently existing, (c) Payee has declared the balance of the CB Note to be immediately due and payable and (d) Payee has demanded payment in full of all amounts outstanding under the CB Note.  As of the date hereof, no payment has been received, and the estimated current balance on the CB Note is approximately $697,410.  The CB Note awards to Payee not only the outstanding balance of the CB Note but continues to accrue default interest of 15 percent per annum and provides recovery for all collection costs incurred by Payee in enforcing the CB Note.

My client has informed me that it believes that filing a collection action against you, individually, may impair your ability to raise capital for future business endeavors, may embolden the other shareholders of Digital Medical Tech, Inc. to pursue claims against you, and may cause you to incur additional expense and embarrassment.  Payee merely wishes to be repaid the amount owed to it and does not desire to cause you any unnecessary inconvenience, expense or embarrassment.

As a result, this letter serves as a final attempt to negotiate a settlement of the CB Note in advance of filing a lawsuit against you, individually.  Please contact me no later than 5:00 CT on March 11, 2022 to discuss a potential settlement of the CB Note.  If I do not receive a satisfactory response by that date, then my client intends to pursue its remedies in court in order to protect its own investors' investments in Payee.

**EXHIBIT 3**

Matt Nicholson
February 25, 2022
Page 2

Please note that the law prohibits the destruction or disposal of evidence and discoverable information and provides for penalties against anyone who destroys or disposes of such information. Accordingly, Payee demands that you preserve all communications, data, and documents that may be in any way relevant to this dispute. This specifically includes documents and communications that may be saved on email accounts or devices. This demand includes not only materials in "hard copy" format (e.g., letters, pictures, handwritten notes) but also all electronically-created, maintained, or stored materials and data. Please be advised that the electronic version of paper or other hard copy materials often contains additional information, such that the electronic version is, both technically and legally, a separate document or item that must be preserved. We demand that you take immediate steps to ensure preservation of these materials and data, as failure to properly preserve materials and data subject to discovery can lead to court-imposed sanctions, including legal claims for spoliation. Payee also demands that you inform each and every person or entity to which the data or documents were transferred that they also have an obligation to preserve and are prohibited from destroying or disposing of any data or documents without agreement from Payee.

As Payee is represented by counsel in this matter, please direct your communications to me and not to Carl Bolm.  Payee reserves all available rights and remedies.

Very truly yours,

*Brian Kaveney*

Brian E. Kaveney
cc: Jennifer R. Byrne; Mark P. Ohlms

ARMSTRONG TEASDALE LLP

**EXHIBIT 3**